23 So.3d 1265 (2009)
ACTION FABRICATION, INC., Appellant,
v.
CALDER RACE COURSE, INC., Appellee.
No. 3D08-3230.
District Court of Appeal of Florida, Third District.
December 30, 2009.
Mineo & Mineo and Peter Mineo, Jr., Fort Lauderdale; Marjorie Gadarian Graham, Palm Beach Gardens, for appellant.
Isicoff, Ragatz & Koenigsberg and Eric D. Isicoff and Teresa Ragatz, Miami, for appellee.
Before COPE, CORTIÑAS, and ROTHENBERG, JJ.
PER CURIAM.
Affirmed. See § 489.128, Fla. Stat. (2005).